AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

SELVYN SANCHEZ CABRERA
also known as SELVYN SANCHEZ

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>July 17, 2008</u>, in the District of <u>COLUMBIA</u> defendant (s) did, (Track Statutory Language of Offense)

**knowingly possess an alien registration receipt card in the name of Selvyn Sanchez, which he knew to be forged, counterfeited, altered, falsely made or otherwise procured by fraud or unlawfully obtained.**

in violation of Title <u>  18  </u> United States Code, Section(s) <u>  1546(a)  </u>.

I further state that I am <u>**SPECIAL AGENT THOMAS EYRE**</u>, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
SPECIAL AGENT THOMAS EYRE
DEPARTMENT OF HOMELAND SECURITY

Sworn to before me and subscribed in my presence,

_____   at   <u>Washington, D.C.</u>
Date                                       City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

Affidavit in Support of an Application for an Arrest Warrant

I, Thomas K. Eyre, being duly sworn, depose and say:

1.  I am a Special Agent employed by U.S. Immigration and Customs Enforcement (ICE), under the U.S. Department of Homeland Security (DHS). I am currently assigned to the ICE Office of Investigations in Fairfax, Virginia, which currently covers seven Northern Virginia counties and the District of Columbia. I have been employed by ICE as a Special Agent since May 2004. From December 2003 to May 2004, I attended the Criminal Investigator Training Program and ICE Special Agent Training held at the Federal Law Enforcement Training Center in Georgia. I have a Bachelors of Science degree in Criminal Justice and am currently pursuing a Masters of Arts Degree in Strategic Security Studies.

2.  From May 2004 to January 2005, I was assigned to a squad that investigated human trafficking and alien smuggling. From January 2005 to the present I have been assigned to an ICE squad that primarily handles immigration and customs violations of individuals who are of national security interest. I have conducted numerous investigations of immigration identity and benefit fraud, as well as fake document cases. My duties as a Special Agent for ICE include, but are not limited to, investigating violations of the Immigration and Nationality Act (Title 8 of the United States Code) and Title 18 of the United States Code. I have received extensive training and experience in investigation and enforcement of the immigration laws of the United States.

3. The facts and information contained in this affidavit are based upon my personal knowledge as well as the observations of other law enforcement officers involved in this investigation. All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed by me or known to the United States Government.

4. This affidavit is being submitted in support of an application for an arrest warrant for Selvyn SANCHEZ CABRERA, also known as Selyvn SANCHEZ, for possession of a fake alien registration receipt card, in violation of 18 U.S.C. §1546(a).

5. On July 22, 2008, I was advised by Detective Christopher Archer of the Washington Metropolitan Area Transit Authority (WMATA) Police that WMATA had arrested several Guatemalan nationals involved in a scheme to financially defraud MWATA of fare revenue. Detective Archer further advised that searches had been conducted on July 17, 2008, at the Washington, D.C. residences of two of those nationals, and that during those searches, officers had found and seized numerous potentially fraudulent immigration identification documents and Social Security cards in the names of other individuals.

Detective Archer asked for my assistance in determining whether those documents in fact were fraudulent.

      6.      Specifically, Detective Archer advised that in a search of 625 Lamont Street, N.W., Washington, D.C., officers found a Resident Alien card pertaining to Selvyn SANCHEZ with a date of birth (DOB) of 01 08 82 and an alien number of A093456871.  I know through prior training and experience that resident aliens, or Lawful Permanent Residents of the United States, are issued legacy Immigration and Naturalization Service (INS) or Department of Homeland Security (DHS) Form I-551 (Alien Registration Receipt card) as proof of their immigration status in the U.S.  An I-551 is also known as a green card.  Although a green card may be obtained by a resident alien in various ways, in each instance a resident alien must submit to the United States government an application providing his name, date of birth and other identifying information.

      8.      I have reviewed the back and front of the resident alien card purportedly issued to Selvyn SANCHEZ.  The back of the card indicates that SANCHEZ adjusted (to lawful permanent resident status) on "07181999" and the front of the resident alien card states that the card expires on 07 18 09.

      9.      I know through prior training and experience that alien registration numbers start with an "A" and are usually followed by nine numerical digits.  A query of the alien number A093456871 revealed that this alien registration number is assigned to a Brazilian male born in 1960 whose name is not by any means similar to Selvyn SANCHEZ.  The Hispanic male pictured on the

3

fraudulent green card in the name Selvyn SANCHEZ appears to be in his twenties and not born in 1960. I have also reviewed a photo of the Brazilian male legitimately assigned alien registration file number A093456871 and his photo and the photo on the resident alien card of SANCHEZ are not the same person. ICE records also indicate that that the Brazilian male born in 1960 is not a Lawful Permanent Resident / green card holder.

      10.    On July 24, 2008, WMATA Officers and Detectives and ICE Agents went to 625 Lamont St., N.W., and located within that address an individual who stated that his name was Selvyn SANCHEZ CABRERA. That individual is the same person whose face is depicted on the resident alien card in his name bearing A093456871. SANCHEZ further admitted that the resident alien card bearing A093456871 belonged to him.

      11.    Based on the foregoing, I submit that probable cause exists to believe on or about July 17, 2008, Selvyn SANCHEZ CABRERA, also known as Selvyn SANCHEZ, knowingly possessed an alien registration receipt card in his own name, which he knew to be forged, counterfeited, altered, falsely made or

4

otherwise procured by fraud or unlawfully obtained, in violation of 18 U.S.C. §1546(a).

_____
Special Agent Thomas Eyre
U.S. Department of Homeland Security
Immigration and Customs Enforcement
Office of Investigations

Sworn to and subscribed to before me
this \_\_\_\_ day of July, 2008

_____
United States Magistrate Judge