AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

SELVYN SANCHEZ CABRERA
ALSO KNOWN AS SELVYN SANCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: 08-454-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SELVYN SANCHEZ CABRERA
                                           Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

**FILED**
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

charging him or her with (brief description of offense)

knowingly possessing an alien registration receipt card in the name of Selvyn Sanchez, which he knew to be forged, counterfeited, altered, falsely made or otherwise procured by fraud or unlawfully obtained

in violation of Title 18 United States Code, Section(s) § 1546(a).

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

JUL 24 2008    District of Columbia
Date and Location

RECEIVED WARRANT SECTION
2008 JUL 25 AM 8:04

Bail fixed at $ Hold    by [Signature]
                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7/25/08 | Per Recording officer DUSM D.L. Tolliver | [Signature] |
| DATE OF ARREST 7/25/08 | | |